FILED

02/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0063

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0063

JOSEPH GHAHARI,

     Petitioner and Appellee,

v.

HIRSA HIRAD,

     Respondent and Appellant.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

J. BRIAN BULGER the mediator previously appointed in this matter, has been replaced. Accordingly, J. Brian Bulger's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **CURTIS G. THOMPSON** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 22nd day of February, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Meghan Sutton
      Miva VanEngen